**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :    No. 292 WAL 2023

                Respondent                :

                                  :    Petition for Allowance of Appeal
                                  :    from the Order of the Superior Court

               v.                       :

CLINTON REED KUHLMAN,           :

                Petitioner                :


## ORDER


**PER CURIAM**

     **AND NOW**, this 22nd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.